UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-320-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| TONYA LONG, ) | |
| Defendant. ) | |

This matter is before the Court on the defendant's motion for reconsideration of her sentence [DE 31]. The Court finds that there is no compelling reason to grant such reconsideration. As such, the petitioner's motion is DENIED.

SO ORDERED.

This the __9__ day of June, 2013

TERRENCE W. BOYLE
United States District Judge